# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **H.J. RUSSELL & COMPANY** | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiff,** | ) | |
| **v.** | ) | **FILE NO. 1:17-cv-04554-WSD** |
| | ) | |
| **STARR SURPLUS LINES** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CERTIFICATE OF INTERESTED PERSONS

Defendant Starr Surplus Lines Insurance Company submits this Certificate of

Interested Persons and Corporate Disclosure Statement, pursuant to Local Rule

3.3(B) and Federal Rule of Civil Procedure 7.1:

(1)  The undersigned Counsel of record for a party to this action certifies

that the following is a full and complete list of all parties to this action, including

any parent corporation and any publicly held corporation that owns 10% or more of

the stock of a party:

**Plaintiff:**

Plaintiff H.J. Russell & Company is a Georgia corporation.

**Defendant:**

Defendant Starr Surplus Lines Insurance Company is an Illinois Corporation which is wholly-owned by Starr Indemnity & Liability Company. Starr Global Financial, Inc. owns 100% of Starr Indemnity & Liability Company. 100% of the common shares of Starr Global Financial, Inc. are owned by Starr Insurance Holdings, Inc. which is 100% owned by Starr Global Holdings AG. Starr Global Holdings AG is 100% owned by Starr International Company, Inc. There is not a publicly traded company that owns 10% or more of Defendant's stock.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

PC/Russell, a Joint Venture by and through its Joint Venture Partners;

PC Construction Company;

Guy F. Atkinson Construction, LLC;

Westside Venture, LLC

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff:**

James J. Leonard, Esq.
Kara Cleary, Esq.
Abby Vineyard, Esq.
Sarah Hannah Newman, Esq.
Barnes & Thornburg LLP
3475 Piedmont Road, NE, Suite 1700
Atlanta, GA 30305

**Defendant:**

Philip W. Savrin, Esq.
Elizabeth Bertschi, Esq.
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339

**FREEMAN MATHIS & GARY, LLP**
*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
Elizabeth Bertschi
Georgia Bar No. 055715
ebertschi@fmglaw.com

*Attorneys for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T: 770.818.0000
F: 770.937.9960

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **CERTIFICATE OF INTERESTED PERSONS** by depositing a true and correct copy thereof in the United States mail, postage prepaid, properly addressed, and electronically filed the same with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing, to the following attorneys of record:

James J. Leonard, Esq.
Kara Cleary, Esq.
Abby Vineyard, Esq.
Sarah Hannah Newman, Esq.
Barnes & Thornburg LLP
3475 Piedmont Road, NE, Suite 1700
Atlanta, Georgia 30305

*Attorneys for Plaintiff*

This 15th day of December, 2017.

/s/ Philip W. Savrin
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com

*Attorneys for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T: 770.818.0000
F: 770.937.9960