# BARNES & THORNBURG LLP

Prominence in Buckhead
3475 Piedmont Road N.E., Suite 1700
Atlanta, GA 30305-3327
Main: (404) 846-1693
Fax: (404) 264-4033

James J. Leonard
(404) 264-4060
jim.leonard@btlaw.com

www.btlaw.com

February 13, 2018

The Honorable Michael L. Brown
Attn: Harry Martin
Courtroom Deputy Clerk
1942 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

      Re:   *H.J. Russell & Company v. Starr Surplus Lines Insurance Company*
             U.S.D.C. for the Northern District of Georgia, Atlanta Division
             Civil Action File No. 1:17-cv-04554-MLB

Dear Mr. Martin:

Pursuant to Local Rule 83.1E.(3), and as lead counsel in the above-referenced matter, I respectfully request that this case not be calendared during the following dates:

- February 22–23, 2018, for ABA-TIPS CLE Presentation out of town;

- February 26, 2018, to attend mediation;

- February 27, 2018, to attend a hearing;

- March 22–23, 2018, for family vacation out of town;

- April 2–3, 2018, for business meeting out of town;

- April 6–9, 2018, for business meeting out of town;

- April 26–27, 2018, for business meeting out of town;

- June 8–11, 2018, for business meeting out of town;

- June 21–July 7, 2018, for family vacation; and

- November 20–23, 2018, for family vacation.

I certify that each leave of absence is fewer than 21 days and that this case is not presently on a published calendar for court appearance or noticed for a hearing during the requested time.

Thank you for your consideration in this regard.

Very truly yours,

James J. Leonard

cc: all counsel via CM/ECF