

100 Galleria Parkway
Suite 1600
Atlanta, Ga. 30339-5948

Tel: 770.818.0000
Fax: 770.937.9960

www.fmglaw.com

Philip W. Savrin
Partner
_____

Writer's Direct Access
770.818.1405
_____

psavrin@fmglaw.com

August 20, 2018

**VIA ELECTRONIC FILING**
Benjamin Thurman, Deputy Clerk
The Honorable Michael L. Brown
United States District Court
1942 U.S. Courthouse
Northern District of Georgia, Atlanta Division
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

  Re: <u>H.J. Russell & Company v. Starr Surplus Lines Insurance Company</u>
     United States District Court, Northern District of Georgia, Atlanta Division
     Civil Action No. 1:17-CV-04554-MLB

Dear Mr. Thurman:

  Pursuant to Local Rule 83.1 regarding Leaves of Absence, I respectfully request that the above-referenced case not be calendared during the following period: December 20, 2018 through January 4, 2019. The purpose of the leave is for a family vacation.

  Thank you for your assistance.

              Very truly yours,

              **FREEMAN MATHIS & GARY, LLP**

              */s/ Philip W. Savrin* _____
              Philip W. Savrin

PWS/rt

cc: Counsel of Record (via CM/ECF e-mail)